B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Republic Powdered Metals, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>Republic Powdered Metals Inc. | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>34-0674388 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br><br>2628 Pearl Road<br>Medina, Ohio<br>ZIP CODE 44256 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Medina County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☒ Chapter 11       Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13       Recognition of a Foreign<br>                   Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Republic Powdered Metals, Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor:<br>See Schedule 1 attached | Case Number:<br>10-11780; 14-11942 | Date Filed:<br>05/31/2010; 08/15/2014 |
| District:<br>District of Delaware | Relationship:<br>Affiliate | Judge:<br>Walsh |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Republic Powdered Metals, Inc. |

| Signatures |
|---|

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>   _____<br>   Telephone Number (if not represented by attorney)<br><br>   _____<br>   Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>   _____<br>   (Printed Name of Foreign Representative)<br><br>   _____<br>   Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X */s/ Daniel J. DeFranceschi*<br>   Signature of Attorney for Debtor(s)<br>   Daniel J. DeFranceschi (DE No. 2732)<br>   Printed Name of Attorney for Debtor(s)<br>   Richards, Layton & Finger, P.A.<br>   Firm Name<br><br>   One Rodney Square, 920 North King Street<br>   Wilmington, DE 19801<br>   Address<br>   302.651.7700<br>   Telephone Number<br>   08/31/2014<br>   Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>   _____<br>   Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>   _____<br>   Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *Tracy Crandall*<br>   Signature of Authorized Individual<br>   Tracy D. Crandall<br>   Printed Name of Authorized Individual<br>   Assistant Secretary<br>   Title of Authorized Individual<br>   08/31/2014<br>   Date |    _____<br>   Address<br><br>X _____<br>   Signature<br><br>   _____<br>   Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## SCHEDULE 1

A.     Pending Bankruptcy Cases Filed by Affiliates of the Debtor:

On May 31, 2010, Specialty Products Holding Corp. and Bondex International, Inc. (together, the "Initial Debtors"), both of which are affiliates of Debtor Republic Powdered Metals, Inc., each filed a petition in this Court for relief under chapter 11 of the Bankruptcy Code.  On August 15, 2014, NMBFiL, Inc., an affiliate of both the Initial Debtors and Republic Powdered Metals, Inc., filed a petition in this Court for relief under chapter 11 of the Bankruptcy Code. Debtor Republic Powdered Metals, Inc. intends to file a motion requesting that its chapter 11 case be jointly administered with the Initial Debtors' and NMBFiL's chapter 11 cases for administrative purposes only.

UNANIMOUS WRITTEN CONSENT
OF THE BOARD OF DIRECTORS
OF REPUBLIC POWDERED METALS, INC.
(an Ohio corporation)

The undersigned, constituting all members of the Board of Directors of Republic
Powdered Metals, Inc. (the "Corporation"), hereby authorize, approve, consent to and adopt, in
accordance with the Corporation's governing documents, including the articles of incorporation
and regulations, and applicable law, the following actions and resolutions without a meeting,
such actions and resolutions to have the same full force and effect as if they had been adopted at
a meeting of the Board of Directors:

WHEREAS, the Board of Directors of the Corporation has determined that the filing of a
voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy
Code") is in the best interests of the Corporation and its stakeholders;

RESOLVED, that the Corporation, shall be, and it hereby is, authorized to file a
voluntary petition (the "Petition") for relief under chapter 11 of the Bankruptcy Code, in the
United States Bankruptcy Court for the District of Delaware or such other court as the
appropriate officer or officers of the Corporation shall determine to be appropriate
(the "Bankruptcy Court") and perform any and all such acts as are reasonable, advisable,
expedient, convenient, proper or necessary to effect any of the foregoing and the performance of
such acts to constitute the reasonableness, advisability, expedience, convenience, appropriateness
or necessity thereof;

FURTHER RESOLVED, that the president, the secretary, any assistant secretary and the
treasurer of the Corporation (collectively, the "Designated Officers") shall be, and each of them,
acting alone, hereby is, authorized, directed and empowered on behalf of, and in the name of, the
Corporation, to:  (a) execute, acknowledge, deliver and verify the Petition and all other ancillary
documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be
made prior to execution thereof any modifications to the Petition or ancillary documents as any
such Designated Officer, in such officer's discretion, deems necessary or desirable to carry out
the intent and accomplish the purposes of these resolutions; (b) execute, acknowledge, deliver,
verify and file or cause to be filed all petitions, schedules, statements, lists, motions, applications
and other papers or documents necessary or desirable in connection with the foregoing;
(c) execute, acknowledge, deliver and verify any and all other documents necessary or
appropriate in connection therewith or to administer the Corporation's chapter 11 case in such
form or forms as any such Designated Officer may approve; and (d) the actions of any
Designated Officer taken pursuant to this resolution, including the execution, acknowledgment,
delivery and verification of the Petition and all ancillary documents and all other agreements,
certificates, instruments, guaranties, notices and other documents, shall be conclusive evidence
of such Designated Officer's approval and the necessity or desirability thereof;

FURTHER RESOLVED, that the Designated Officers shall be, and each of them hereby
is, authorized, directed and empowered to retain, on behalf of, and in the name of, the
Corporation: (a) Jones Day; (b) Richards, Layton & Finger, P.A.; (c) The Blackstone Group;

(d) Evert Weathersby Houff; and (e) such additional professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants or brokers, in each case as in such Designated Officers' judgment may be necessary or desirable in connection with the Corporation's chapter 11 case and other related matters, on such terms as such officer or officers shall approve and such Designated Officer's retention thereof to constitute conclusive evidence of such Designated Officer's approval and the necessity and desirability thereof;

FURTHER RESOLVED, that the law firm Jones Day and any additional special or local counsel selected by the Designated Officers, if any, shall be, and hereby are, authorized, empowered and directed to represent the Corporation, as debtor and debtor in possession, in connection with any chapter 11 case commenced by or against it under the Bankruptcy Code;

FURTHER RESOLVED, that the Corporation, as debtor and debtor in possession under chapter 11 of the Bankruptcy Code, shall be, and it hereby is, authorized to: (a) enter into a new debtor in possession financing facility and any associated documents and consummate the transactions contemplated therein (collectively, the "Financing Transactions") with such lenders and on such terms as may be approved by any one or more of the Designated Officers, as may be reasonably necessary or desirable for the continuing conduct of the affairs of the Corporation; and (b) pay related fees and grant security interests in and liens upon some, all or substantially all of the Corporation's assets, in such case, as may be deemed necessary or desirable by any one or more of the Designated Officers in connection with the Financing Transactions;

FURTHER RESOLVED, that: (a) the Designated Officers shall be, and each of them, acting alone, hereby is, authorized, directed and empowered in the name of, and on behalf of, the Corporation, as debtor and debtor in possession, to take such actions and execute, acknowledge, deliver and verify such agreements, certificates, instruments, guaranties, notices and any and all other documents as the Designated Officers may deem necessary or appropriate to facilitate the Financing Transactions (collectively, the "Financing Documents"); (b) Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or desirable by the Designated Officers are approved; and (c) the actions of any Designated Officer taken pursuant to this resolution, including the execution, acknowledgment, delivery and verification of all agreements, certificates, instruments, guaranties, notices and other documents, shall be conclusive evidence of such Designated Officer's approval thereof and the necessity or desirability thereof;

FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Officers, each of the officers of the Corporation or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Corporation to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, amendments and other documents and to pay all expenses, including filing fees, in each case as in such officer's or officers' judgment shall be necessary or desirable in order fully to carry out the intent and accomplish the purposes of the resolutions adopted herein;

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by any officer or officers of the Corporation in connection with the implementation of these resolutions in all respects are hereby ratified, confirmed and approved; and

FURTHER RESOLVED, that any Designated Officer shall be, and each of them, acting alone, hereby is, authorized to certify and deliver, to any person to whom such certification and delivery may be deemed necessary or appropriate in the opinion of such Designated Officer, a true copy of the foregoing resolutions.

FURTHER RESOLVED, that all prior actions taken by any Designated Officer on behalf of the Corporation in connection with any of the foregoing matters are hereby ratified, confirmed and approved.

[The remainder of this page is intentionally blank.]

IN WITNESS WHEREOF, the undersigned has caused this Written Consent to be executed as of the date indicated below.

By: _____
Name: Ronald A. Rice
Date: August 31, 2014          Title: Director


By: _____
Name: Edward W. Moore
Title: Director

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| REPUBLIC POWDERED METALS, INC.,[1] | : | Case No. 14-_____ (___) |
|  | : |  |
| Debtor. | : |  |

## LIST OF THE ASBESTOS PLAINTIFF FIRMS
## WITH ASBESTOS CASES AGAINST THE DEBTOR

        Concurrently with the filing of its petition, debtor Republic Powdered Metals, Inc. (the "Debtor") has filed a motion seeking authority to file a list of the asbestos plaintiff firms with pending asbestos personal injury cases against the Debtor (the "Asbestos List"). The Asbestos List was prepared with information existing as of August 17, 2014 and is included below. The Debtor reserves the right to amend the Asbestos List.

        The information contained in the Asbestos List shall not constitute an admission by, nor shall it be binding on, the Debtor.

| Name of law firm and complete mailing address, including zip code | Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent or department of law firm familiar with claim who may be contacted | Nature of claim | Indicate if claim is continent, unliquidated, disputed or subject to setoff |
|---|---|---|---|
| Baron & Budd, PC | Ann Harper<br>3102 Oak Lawn Ave., Ste. 1100<br>Dallas, TX 75219<br>Telephone: (214) 521-3605<br>Facsimile: (214) 520-1181 | Asbestos personal injury | Disputed/Contingent/Unliquidated |
| Belluck & Fox, LLP | Brian FitzPatrick<br>546 Fifth Ave., 4th Floor<br>New York, NY 10036<br>Telephone: (212) 681-1575<br>Facsimile: (212) 681-1574 | Asbestos personal injury | Disputed/Contingent/Unliquidated |

---

[1]     The last four digits of Republic Powdered Metals, Inc.'s taxpayer identification number are 4388, and its address is 2628 Pearl Road, Medina, Ohio 44256.

| Name of law firm and complete mailing address, including zip code | Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent or department of law firm familiar with claim who may be contacted | Nature of claim | Indicate if claim is continent, unliquidated, disputed or subject to setoff |
|---|---|---|---|
| Bifferato LLC | Ian Bifferato<br>800 N. King Street, Plaza Level<br>Wilmington, DE  19801<br>Telephone:  (302) 225-7600<br>Facsimile:  (302) 254-5383 | Asbestos personal injury | Disputed/Contingent/ Unliquidated |
| Bodie, Nagle, Dolina, Smith & Hobbs, PA. | Louis Grenzer, Jr.<br>305 Washington Ave., Ste. 300<br>Towson, MD 21204<br>Telephone:  (410) 823-1250<br>Facsimile:  (410) 296-0432 | Asbestos personal injury | Disputed/Contingent/ Unliquidated |
| Cook, Hall & Lampros, LLP | Christopher Hall<br>Promenade Two, Ste. 3700<br>1230 Peachtree Street, NE<br>Atlanta, GA 30309<br>Telephone:  (404) 876-8100<br>Facsimile:  (404) 876-3477 | Asbestos personal injury | Disputed/Contingent/ Unliquidated |
| Goldenberg Heller Antognoli & Rowland, PC | Elizabeth Heller<br>2227 South State Route 157<br>Edwardsville, IL 62025<br>Telephone:  (618) 656-5150<br>Facsimile:  (618) 656-6230 | Asbestos personal injury | Disputed/Contingent/ Unliquidated |
| Gori, Julian & Associates, PC | John Julian<br>156 N. Main Street<br>Edwardsville, IL  62025<br>Telephone:  (618) 659-9833<br>Facsimile:  (618) 659-9834 | Asbestos personal injury | Disputed/Contingent/ Unliquidated |
| Hackard & Holt | Michael Hackard<br>10630 Mather Blvd.<br>Mather, CA 95655<br>Telephone:  (916) 313-3030<br>Facsimile:  (916) 226-5177 | Asbestos personal injury | Disputed/Contingent/ Unliquidated |
| Hartley Law, LLC | Christian Hartley<br>300 West Coleman Blvd.<br>Ste. 200<br>Mount Pleasant, SC 29464<br>Telephone:  (843) 388-1330<br>Facsimile:  (803) 753-9031 | Asbestos personal injury | Disputed/Contingent/ Unliquidated |

DLI-6490179v2

| Name of law firm and complete mailing address, including zip code | Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent or department of law firm familiar with claim who may be contacted | Nature of claim | Indicate if claim is continent, unliquidated, disputed or subject to setoff |
|---|---|---|---|
| Jacobs & Crumplar, PA | Robert Jacobs<br>2 East 7th Street<br>Wilmington, DE 19899<br>Telephone: (302) 656-5445<br>Facsimile: (302) 656-5875 | Asbestos personal injury | Disputed/Contingent/ Unliquidated |
| Kelley & Ferraro, LLP | Thomas Wilson<br>2200 Key Tower<br>127 Public Square<br>Cleveland, OH 44114<br>Telephone: (216) 202-3450<br>Facsimile: (216) 575-0799 | Asbestos personal injury | Disputed/Contingent/ Unliquidated |
| Law Offices of Shepard A Hoffman | Shepard Hoffman<br>2626 Cole Ave., Ste 450<br>Dallas, TX 75204-1013<br>Telephone: (214) 521-2211<br>Facsimile: (214) 522-0420 | Asbestos personal injury | Disputed/Contingent/ Unliquidated |
| Levin Papantonio Thomas Mitchell Echsner, & Proctor, P.A. | Scott Barnes<br>316 South Baylen Street<br>Ste. 600<br>Pensacola, FL 32502<br>Telephone: (850) 435-7000<br>Facsimile: (850) 435-7020 | Asbestos personal injury | Disputed/Contingent/ Unliquidated |
| Martin & Jones, PLLC | E. Spencer Parris<br>410 Glenwood Avenue<br>Ste 200<br>Raleigh, NC 27603<br>Telephone: (919) 821-0005<br>Facsimile: (919) 863-6076 | Asbestos personal injury | Disputed/Contingent/ Unliquidated |
| Matthew E. Kiely, LLC | Matthew E. Kiely<br>201 North Charles Street<br>St. 1200<br>Baltimore, MD 21201<br>Telephone: (410) 625-9330<br>Facsimile: (410) 625-9309 | Asbestos personal injury | Disputed/Contingent/ Unliquidated |
| Maune Raichle Hartley French & Mudd, LLC | Christian Hartley<br>211 N. Broadway, Ste. 2940<br>St Louis, MO 63102<br>Telephone: (314) 241-2003<br>Facsimile: (314) 241-4838 | Asbestos personal injury | Disputed/Contingent/ Unliquidated |

DLI-6490179v2

| Name of law firm and complete mailing address, including zip code | Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent or department of law firm familiar with claim who may be contacted | Nature of claim | Indicate if claim is continent, unliquidated, disputed or subject to setoff |
|---|---|---|---|
| Paul, Reich & Myers, PC | Robert E. Paul<br>1608 Walnut Street, Ste. 500<br>Philadelphia, PA 19103<br>Telephone: (215) 735-9200<br>Facsimile: (215) 735-3888 | Asbestos personal injury | Disputed/Contingent/ Unliquidated |
| Robert M. Cheverie & Associates | Robert M. Cheverie<br>333 E River Drive # 101<br>East Hartford, CT 06108<br>Telephone: (860) 290-9610<br>Facsimile: (860) 290-9611 | Asbestos personal injury | Disputed/Contingent/ Unliquidated |
| Shein Law Center, LTD | John Kopesky<br>121 South Broad Street<br>21st Floor<br>Philadelphia, PA 19107<br>Telephone: (215) 735-6677<br>Facsimile: (215) 732-3630 | Asbestos personal injury | Disputed/Contingent/ Unliquidated |
| Shrader & Associates, LLP | Robert Shuttlesworth<br>3900 Essex Lane, Ste. 390<br>Houston, TX 77027<br>Telephone: (713) 782-0000<br>Facsimile: (713) 571-9605 | Asbestos personal injury | Disputed/Contingent/ Unliquidated |
| The Deaton Law Firm | John Deaton<br>450 N Broadway, East<br>Providence, RI 02914<br>Telephone: (401) 351-6400<br>Facsimile: (401) 351-6401 | Asbestos personal injury | Disputed/Contingent/ Unliquidated |
| The Ferraro Law Firm | David Jagolinzer<br>600 Brickell Avenue, 38th Floor<br>Miami, FL 33131<br>Telephone: (305) 375-0111<br>Facsimile: (305) 379-6222 | Asbestos personal injury | Disputed/Contingent/ Unliquidated |
| The Law Offices of John Tara | John Tara<br>16 Cottage Street<br>Brockton, MA 02302<br>Telephone: (508) 584-1111<br>Facsimile: (508) 584-9360 | Asbestos personal injury | Disputed/Contingent/ Unliquidated |

DLI-6490179v2

| Name of law firm and complete mailing address, including zip code | Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent or department of law firm familiar with claim who may be contacted | Nature of claim | Indicate if claim is continent, unliquidated, disputed or subject to setoff |
|---|---|---|---|
| The Ruckdeschel Law Firm, LLC | Jonathan Ruckdeschel<br>8357 Main Street<br>Ellicott City, MD 21042<br>Telephone: (401) 750-7825<br>Facsimile: (443) 583-0430 | Asbestos personal injury | Disputed/Contingent/ Unliquidated |
| Thornton & Naumes LLP | Garrett Bradley<br>100 Summer Street, 30th Floor<br>Boston, MA  02110<br>Telephone: (617) 720-1333<br>Facsimile: (617) 720-2445 | Asbestos personal injury | Disputed/Contingent/ Unliquidated |
| Venable, LLP | Brian Zemit<br>210 W. Pennsylvania Ave.<br>Ste. 500<br>Towson, MD 21204<br>Telephone: (410) 494-6200<br>Facsimile: (410) 821-0147 | Asbestos personal injury | Disputed/Contingent/ Unliquidated |

DLI-6490179v2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| REPUBLIC POWDERED METALS, INC.,[1] | : | Case No. 14-_____ (____) |
| | : | |
| Debtor. | : | |

## DECLARATION REGARDING LIST OF THE ASBESTOS PLAINTIFF FIRMS WITH ASBESTOS CASES AGAINST THE DEBTOR

I, Tracy D. Crandall, Assistant Secretary of Republic Powdered Metals, Inc., declare under penalty of perjury that I have reviewed the foregoing "List of the Asbestos Plaintiff Firms With Asbestos Claims Against the Debtor" and that it is true and correct to the best of my knowledge, information and belief, with reliance upon appropriate corporate officers of the Debtor.

August 31, 2014                    /s/ Tracy D. Crandall
                                   Assistant Secretary


*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

---

[1]    The last four digits of Republic Powdered Metals, Inc.'s taxpayer identification number are 4388, and its address is 2628 Pearl Road, Medina, Ohio 44256.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| REPUBLIC POWDERED METALS, INC.,[1] | : | Case No. 14-_____ (___) |
| | : | |
| Debtor. | : | |

## MASTER CREDITORS LIST

Republic Powdered Metals, Inc. ("Republic") filed a petition in this Court on the date hereof for relief under chapter 11 of the Bankruptcy Code. In accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure and Rules 1007-1(a) and 1007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the master creditors list is being filed concurrently herewith.

The master creditors list has been prepared from the books and records of Republic and contains only those parties whose names and addresses were maintained in the databases of Republic or were otherwise readily ascertainable by Republic prior to the commencement of this case. Republic will update the master creditors list as more information becomes available.

Concurrently with the filing of its petition, Republic has filed a motion seeking authority to serve all notices, mailings or other documents required to be provided to asbestos personal injury claimants (the "Asbestos Claimants") on counsel of record for the Asbestos Claimants, in lieu of the individual Asbestos Claimants themselves. Accordingly, the master creditors list includes the addresses of counsel for each of the Asbestos Claimants rather than the addresses of each individual Asbestos Claimant.

Certain of the creditors listed on the master creditors list may not hold outstanding claims against Republic and therefore may not be creditors in Republic's bankruptcy case. By filing the master creditors list, Republic is not waiving or otherwise affecting its right to object to the extent, validity or enforceability of the claims, if any, held by the parties listed on the master creditors list.

---

[1] The last four digits of Republic Powdered Metals, Inc.'s taxpayer identification number are 4388, and its address is 2628 Pearl Road, Medina, Ohio 44256.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| REPUBLIC POWDERED METALS, INC.,[1] | : | Case No. 14-_____ (___) |
| | : | |
| Debtor. | : | |
| | : | |

### DECLARATION CONCERNING MASTER CREDITOR LIST

I, Tracy D. Crandall, Assistant Secretary of Republic Powdered Metals, Inc., declare under penalty of perjury that I have reviewed the master creditors list, electronically filed contemporaneously herewith, and that is true and correct to the best of my knowledge, information and belief, with reliance upon appropriate corporate officers of Republic.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  August 31, 2014          Signature  */s/ Tracy D. Crandall*
                                            Tracy D. Crandall
                                            Assistant Secretary

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U.S.C. §§ 152 and 3571.

---

[1]     The last four digits of Republic Powdered Metals, Inc.'s taxpayer identification number are 4388, and its address is 2628 Pearl Road, Medina, Ohio 44256.

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| REPUBLIC POWDERED METALS, INC.,[1] | : | Case No. 14-_____ (___) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |

### LIST OF EQUITY SECURITY HOLDERS

Following is a list of debtor Republic Powdered Metals, Inc.'s equity security holders.  This list has been prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing this chapter 11 case.

RPM Industrial Holding Company
2628 Pearl Road
Medina, Ohio 44256
(100%)

### DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS

I, Tracy D. Crandall, Assistant Secretary of Republic Powdered Metals, Inc., declare under penalty of perjury that I have reviewed the foregoing "List of Equity Security Holders" and that it is true and correct to the best of my knowledge, information and belief.

Date: August 31, 2014            */s/ Tracy D. Crandall*
                                 Tracy D. Crandall
                                 Assistant Secretary

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

---

[1]    The last four digits of Republic Powdered Metals, Inc.'s taxpayer identification number are 4388, and its address is 2628 Pearl Road, Medina, Ohio 44256.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:                                   :        Chapter 11
                                         :
REPUBLIC POWDERED METALS, INC.,[1]       :        Case No. 14-_____ (___)
                                         :
            Debtor.                      :
                                         :
                                         :

### STATEMENT OF CORPORATE OWNERSHIP

Following is the list of entities that directly or indirectly own 10% or more of any

class of Republic Powdered Metals, Inc.'s equity interests.  This list is prepared in accordance

with Fed. R. Bankr. P. 1007(a)(1) and Fed. R. Bankr. P. 7007.1 for filing in this chapter 11 case.

RPM Industrial Holding Company

RPM International Inc.

### DECLARATION REGARDING STATEMENT OF CORPORATE OWNERSHIP

I, Tracy D. Crandall, Assistant Secretary of Republic Powdered Metals, Inc.,

declare under penalty of perjury that I have reviewed the foregoing "Statement of Corporate

Ownership" and that it is true and correct to the best of my knowledge, information and belief.


Date: August 31, 2014              _/s/ Tracy D. Crandall_____
                                   Tracy D. Crandall
                                   Assistant Secretary

_Penalty for making a false statement or concealing property_: Fine of up to $500,000 or
imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

---

[1]       The last four digits of Republic Powdered Metals, Inc.'s taxpayer identification number are 4388, and its
          address is 2628 Pearl Road, Medina, Ohio 44256.